5:22 cv 51 Bailey, Mazzone, Blalock

March 9, 2022

FILED
MAR 15 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG WV 26301

Honorable Judge Irine M. Keeley:

    Your honor, I am writing to you in regards to filing a motion on applying to seek an award of 2 days credit for each of the 984 days of imprisonment. Seeking hard time, COVID credit for the 984 days served.

    I have been incarcerated since June 27, 2019. I was sentenced to 192 months on January 10, 2020. Prior to arriving at SFF Hazelton, I have been at 3 other facilities. I was quarantined at all 4 facilities. I've had both my COVID vaccines and I've currently had COVID 2 times.(Dec. 14, 2020 tested positive for COVID) I wasn't tested the second time due to not wanting to go to quarantine again, I just stayed in my room and medicated myself w/ cold meds and vitamins.

    I arrived at SFF Hazelton on February 4, 2020. I have been employed as an orderly and also in laundry. I have completed several ACE packets (22), I working towards getting my GED now. I've completed Drug Education, Trauma In Life, Assert Yourself, Women's Relationships 1+2, Parenting, Square One and Woman Aging.

    My restitution is paid in full as of July 13, 2021. I have been incident free since my incarceration

Due to COVID, program availability has been limited, no recreation, no exercising, no movement, no visitations, no legal support, no help resources and limited medical with no emotional/mental medical support.

A day in prison under extreme lockdown and in fear of contracting a deadly virus puts alot of emotional, mental & physical stress on an inmate, not to mention the stress of no visits, phone calls & etc. with our families. I lost my father March 8, 2021 to COVID and my mother is very sick as well.

While not intended as punishment, incarceration in such conditions is unavoidable resulting in harsher punishment. See e.g. US vs Rodriguez No. 00 Cr. 761 (JSR) 459 F. Supp. 3d 306

My goal is to get home to my family. I would like my case considered for the Cares Act / Hard time COVID credit.

Thank you for your time and consideration regarding this matter. I look forward to your response.

Case # 1:19-CR-218-02-LO
1:20-CV-008-54-LO

Sincerely,

Alexandra Guzman-Beato
BOP # 93524-083